```
                                    _FILED      _RECEIVED
                                    _ENTERED ___SERVED ON
                                    COUNSEL/PARTIES OF RECORD

                                    2010 AUG 10  P 3: 55

                                    CLERK US DISTRICT COURT
                                        DISTRICT OF NEVADA

                                    BY_____DEPUTY
```

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ZITA SHING CHUA, | Case No.: No. **2:10-cv-0620-JCM-RJJ** |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE** |
| vs. | |
| MERS; BANK OF AMERICA; BANK OF AMERICA HOME LOANS; COUNTRYWIDE BANK; COUNTRYWIDE HOME LOANS, INC.; GREEN TREE SERVICING LLC; RECON TRUSTCOMPANY, N.A.; TICOR TITLE OF NEVADA, INC.; BAC HOME LOANS SERVICING, LP; PN II, INC., A NEVADA CORPORATION dba LAWYERS TITLE OF NEVADA, INC; M.W. SCHOEFIELD ASSESSOR; et al., | |
| Defendants. | |

## ORDER GRANTING MOTION TO DISMISS PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE

Upon the motion, dated July 26th, 2010 (the **"Motion To Dismiss Plaintiff's Complaint without prejudice"**) of Zita Shing Chua pursuant to the authority of F.R.C.P. Rule 41; and the Court having reviewed the Motion To Dismiss Plaintiff's Complaint without prejudice; and the Court having found that (a) the Court has jurisdiction over this matter; (b) the Petitioner has provided due notice of the Motion To Dismiss Plaintiff's Complaint without prejudice and no other further notice need be

provided;(c)the Respondent has responded they have no objection to plaintiff's motion being granted and (d) the exigencies of the circumstances justify plaintiff's complaint be dismissed without prejudice; and after due deliberation and sufficient cause appearing therefore,

IT IS ORDERED THAT:

1. The Motion to Dismiss Plaintiff's Complaint without prejudice is GRANTED.

2. Plaintiff's complaint is hereby dismissed without prejudice.

3. This Court shall retain jurisdiction with respect to any matters related to or arising from the implementation of this Order.

Dated: August 18, 2010
Las Vegas, Nevada

HON. JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE